16-18494

Certificate Number: 14751-PAE-CC-028492009



14751-PAE-CC-028492009

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>December 14, 2016</u>, at <u>10:18</u> o'clock <u>AM PST</u>, <u>Robert E Oakley,Jr</u> received from <u>$0$ BK Class Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Eastern District of Pennsylvania</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

FILED
DEC 19 2016
TIMOTHY McGRATH, CLERK
DEP. CLERK

Date:   <u>December 14, 2016</u>          By:    <u>/s/AMEY AIONO</u>

                                        Name:   <u>AMEY AIONO</u>

                                        Title:   <u>Certified Credit Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

**Robert Oakley**
Chapter 7 bankruptcy filing case # 16-18494
December 8, 2016 at 1:39 PM
Janet Strope. ECM - Accountant                , Bob Brantley
Laura Rodgers                                 , Terry Realty Hahn

Hello Team ,

Please see the attached supportive documents.

Bob please make sure the pertinent detailed requested data is sent in within the next ten days via certified mail: EASTERN District of PA Reading division Clerk's Office, 400 Washington St , Suite 300, Reading Pa. 19601 it has to be done    my the attorney you recommended, they will not accept the paperwork from me .

Janet please supply the case # 16-18494  to Allegheny court  Judge handling Patricia's case and Bob please email Terry Hahn follow up email that the Townhouse is not in danger of Foreclosure.

Happy Holidays to all !

Thanks for all your help in this matter!

