UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  ROBERT E. OAKLEY, JR.,         :     Case No. 16-18494REF
    Debtor                              :     Chapter 7

# ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED

AND NOW, this 22 day of December, 2016, upon the filing by Debtor of the above Chapter 7 case on December 8, 2016, and upon Debtor having previously filed a petition in Chapter 7 in this Court on October 21, 2016, Docket No. 16-17433, which prior case was dismissed on November 21, 2016, because Debtor failed to file the required documents, and upon Debtor having filed a different case in Western District of Pennsylvania, on July 6, 2009, at Docket No. 09-25024, in which he received his Chapter 7 discharge on May 19, 2010, and upon Debtor's repeated failure to file the required bankruptcy documents, and upon my Order dated December 12, 2016, in which I ordered Debtor to file all required bankruptcy documents, and upon Debtor filing terribly incomplete bankruptcy documents on December 12, 2016, and upon Debtor being ineligible for a discharge, and upon Debtor's failure to obtain credit counseling within the 180 days before filing this bankruptcy case,

IT IS HEREBY ORDERED that Debtor shall show cause why this case should not be dismissed with prejudice for his failure to file complete

bankruptcy documents, which hearing shall be held at the following place, date, and time:

**U.S. Bankruptcy Court - E.D. Pa.**
**The Madison Building – Third Floor**
**400 Washington Street**
**Reading, Pennsylvania, 19601**
**on Thursday, January 5, 2017, at 11:00 a.m., prevailing time.**[1]

IT IS FURTHER ORDERED that the hearing on Debtor's pro se statement, now scheduled to be heard on January 5, 2017 at 9:30, shall be rescheduled to the same date at 11:00 a.m., prevailing time.

IT IS FURTHER ORDERED that Debtor shall show cause why this case should not be dismissed with prejudice because he is ineligible for a discharge, which hearing shall be held at the following place, date, and time:

**U.S. Bankruptcy Court - E.D. Pa.**
**The Madison Building – Third Floor**
**400 Washington Street**
**Reading, Pennsylvania, 19601**
**on Thursday, January 5, 2017, at 11:00 a.m., prevailing time.**[2]

IT IS FURTHER ORDERED that Debtor shall show cause why this case should not be dismissed with prejudice for his failure to obtain credit

---

[1] Debtor shall appear in person at the above place, date, and time, regardless of the procedural status of Debtor's case or face possible dismissal with prejudice.
[2] Debtor shall appear in person at the above place, date, and time, regardless of the procedural status of Debtor's case or face possible dismissal with prejudice.

counseling within the 180 days prior to filing this case, which hearing shall be held at the following place, date, and time:

**U.S. Bankruptcy Court - E.D. Pa.
The Madison Building – Third Floor
400 Washington Street
Reading, Pennsylvania, 19601
on Thursday, January 5, 2017, at 11:00 a.m., prevailing time.**[3]

IT IS FURTHER ORDERED that any request by Debtor to dismiss this case voluntarily shall be considered as dismissal with prejudice.

BY THE COURT

_____
Richard E. Fehling
United States Bankruptcy Judge

---

[3] Debtor shall appear in person at the above place, date, and time, regardless of the procedural status of Debtor's case or face possible dismissal with prejudice.