United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-18494-ref
Robert E. Oakley, Jr.                                              Chapter 7
Robert E. Oakley, Jr.
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Angela          Page 1 of 1          Date Rcvd: Dec 22, 2016
                              Form ID: pdf900       Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 24, 2016.
db            +Robert E. Oakley, Jr.,    2071 Salem Road,    Coopersburg, PA 18036-2205
db            +Robert E. Oakley, Jr.,    MAILING ADDRESS,    3115 NE 56th Street,    Kansas City, MO 64119-2641

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2016                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2016 at the address(es) listed below:
          DAVID ALAN EISENBERG    trustee@eisenbergpc.com,   deisenberg@ecf.epiqsystems.com
          DENISE ELIZABETH CARLON    on behalf of Creditor   Deutsche Bank National Trust Company, as
          Trustee for FFMLT Trust 2005-FF2, Mortgage Pass-Through Certificates, Series 2005-FF2
          bkgroup@kmllawgroup.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor   HSBC Bank USA, NA etal paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                    TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  ROBERT E. OAKLEY, JR., | : | Case No. 16-18494REF |
| Debtor | : | Chapter 7 |

# <u>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED</u>

AND NOW, this 22 day of December, 2016, upon the filing by Debtor of the above Chapter 7 case on December 8, 2016, and upon Debtor having previously filed a petition in Chapter 7 in this Court on October 21, 2016, Docket No. 16-17433, which prior case was dismissed on November 21, 2016, because Debtor failed to file the required documents, and upon Debtor having filed a different case in Western District of Pennsylvania, on July 6, 2009, at Docket No. 09-25024, in which he received his Chapter 7 discharge on May 19, 2010, and upon Debtor's repeated failure to file the required bankruptcy documents, and upon my Order dated December 12, 2016, in which I ordered Debtor to file all required bankruptcy documents, and upon Debtor filing terribly incomplete bankruptcy documents on December 12, 2016, and upon Debtor being ineligible for a discharge, and upon Debtor's failure to obtain credit counseling within the 180 days before filing this bankruptcy case,

IT IS HEREBY ORDERED that Debtor shall show cause why this case should not be dismissed with prejudice for his failure to file complete

bankruptcy documents, which hearing shall be held at the following place, date,

and time:

**U.S. Bankruptcy Court - E.D. Pa.**
**The Madison Building – Third Floor**
**400 Washington Street**
**Reading, Pennsylvania, 19601**
**on Thursday, January 5, 2017, at 11:00 a.m., prevailing time.**[1]

IT IS FURTHER ORDERED that the hearing on Debtor's pro se

statement, now scheduled to be heard on January 5, 2017 at 9:30, shall be

rescheduled to the same date at 11:00 a.m., prevailing time.

IT IS FURTHER ORDERED that Debtor shall show cause why this

case should not be dismissed with prejudice because he is ineligible for a

discharge, which hearing shall be held at the following place, date, and time:

**U.S. Bankruptcy Court - E.D. Pa.**
**The Madison Building – Third Floor**
**400 Washington Street**
**Reading, Pennsylvania, 19601**
**on Thursday, January 5, 2017, at 11:00 a.m., prevailing time.**[2]

IT IS FURTHER ORDERED that Debtor shall show cause why this

case should not be dismissed with prejudice for his failure to obtain credit

---

[1]    Debtor shall appear in person at the above place, date, and time, regardless of the procedural status of Debtor's case or face possible dismissal with prejudice.
[2]    Debtor shall appear in person at the above place, date, and time, regardless of the procedural status of Debtor's case or face possible dismissal with prejudice.

counseling within the 180 days prior to filing this case, which hearing shall be held

at the following place, date, and time:

**U.S. Bankruptcy Court - E.D. Pa.**
**The Madison Building – Third Floor**
**400 Washington Street**
**Reading, Pennsylvania, 19601**
**on Thursday, January 5, 2017, at 11:00 a.m., prevailing time.**[3]

IT IS FURTHER ORDERED that any request by Debtor to dismiss

this case voluntarily shall be considered as dismissal with prejudice.

BY THE COURT

Richard E. Fehling
United States Bankruptcy Judge

---

[3]     Debtor shall appear in person at the above place, date, and time, regardless of the procedural
status of Debtor's case or face possible dismissal with prejudice.