Case # 16-18494

## Application For Extension

I Robert E. Oakley Jr. Request that I have Relief For the Standard Creditor terms under the Bankruptcy Provisions.

Thank you in Advance For considering my request.

R. Oakley
1-5-2017

FILED
2017 JAN -5 PM 12:41
U.S. BANKRUPTCY COURT