United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert E. Oakley, Jr.  
Robert E. Oakley, Jr.  
    Debtors

Case No. 16-18494-ref  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: Angela        Page 1 of 1        Date Rcvd: Jan 23, 2017  
                      Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2017.  
db        +Robert E. Oakley, Jr.,   2071 Salem Road,   Coopersburg, PA 18036-2205  
db        +Robert E. Oakley, Jr.,   MAILING ADDRESS,   3115 NE 56th Street,   Kansas City, MO 64119-2641

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2017        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2017 at the address(es) listed below:  
        DAVID ALAN EISENBERG   trustee@eisenbergpc.com, deisenberg@ecf.epiqsystems.com  
        DENISE ELIZABETH CARLON   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for FFMLT Trust 2005-FF2, Mortgage Pass-Through Certificates, Series 2005-FF2 bkgroup@kmllawgroup.com  
        JOSEPH ANGEO DESSOYE   on behalf of Creditor   HSBC Bank USA, NA etal paeb@fedphe.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
    TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robert E. Oakley Jr. dba ECM Solutions Group<br>Debtor | CHAPTER 7 |
| Deutsche Bank National Trust Company, as Trustee for FFMLT Trust 2005-FF2, Mortgage Pass-Through Certificates, Series 2005-FF2<br>Movant<br>vs. | NO. 16-18494-REF |
| Robert E. Oakley Jr. dba ECM Solutions Group<br>Debtor | 11 U.S.C. Section 362 |
| David Alan Eisenberg<br>Trustee | |

## ORDER

IT IS HEREBY ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 and Section 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and 1301, is modified with respect to the subject premises located at 1248 Stanford Road Bethlehem, PA 18018 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: January 23, 2017**

_____
United States Bankruptcy Judge.