United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Robert E. Oakley, Jr.
Robert E. Oakley, Jr.
     Debtors

Case No. 16-18494-ref
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Angela      Page 1 of 1         Date Rcvd: Jan 23, 2017
                        Form ID: pdf900    Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2017.
```
db         +Robert E. Oakley, Jr.,    2071 Salem Road,    Coopersburg, PA 18036-2205
db         +Robert E. Oakley, Jr.,    MAILING ADDRESS,    3115 NE 56th Street,    Kansas City, MO 64119-2641
smg        +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
             Allentown, PA 18101-1603
smg         City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg        +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg        +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13839556   +HSBC Bank USA, NA,    c/o Joseph A. Dessoye, Esq.,    1617 JFK Boulevard, Suite 1400,
             1 Penn Center Plaza,    Philadelphia, PA 19103-1823
13835994   +Patricia Palmer,    140 Aberdeen Court,    Pittsburgh, PA 15237-4768
13835993   +Specialized Loan Servicing, LLC,    8742 Lucent Blvd., Suite 300,
             Highlands Ranch, CO 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg        +E-mail/Text: robertsl2@dnb.com Jan 24 2017 02:05:36    Dun & Bradstreet, INC,
             3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 24 2017 02:05:25
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 24 2017 02:05:39    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                        TOTAL: 3
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2017                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2017 at the address(es) listed below:
```
             DAVID ALAN EISENBERG    trustee@eisenbergpc.com,   deisenberg@ecf.epiqsystems.com
             DENISE ELIZABETH CARLON    on behalf of Creditor    Deutsche Bank National Trust Company, as
             Trustee for FFMLT Trust 2005-FF2, Mortgage Pass-Through Certificates, Series 2005-FF2
             bkgroup@kmllawgroup.com
             JOSEPH ANGEO DESSOYE    on behalf of Creditor    HSBC Bank USA, NA etal paeb@fedphe.com
             United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                        TOTAL: 4
```

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In Re: Robert E. Oakley, Jr.          :        Chapter 7
       dba ECM Solutions Group

                                :        Bankruptcy No.16-18494

             Debtor(s)       :


## ORDER DISMISSING CASE

      **IT IS ORDERED** that since the Debtor(s), has failed to timely file the documents

required by the court order dated December 8, 2016,  this case be and the same is hereby

**DISMISSED.**

# Date: January 23, 2017

_____

        RICHARD E. FEHLING

        UNITED STATES BANKRUPTCY JUDGE

Missing Documents not filed:


Chapter 7 Statement of Your Current Monthly Income Form 122
Schedule J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106